Matter of Huntley Power, LLC v Town of Tonawanda (2024 NY Slip Op 01479)

Matter of Huntley Power, LLC v Town of Tonawanda

2024 NY Slip Op 01479

Decided on March 15, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 15, 2024

PRESENT: SMITH, J.P., LINDLEY, CURRAN, BANNISTER, AND MONTOUR, JJ. (Filed Mar. 15, 2024.) 

MOTION NOS. (33-34/23) OP 22-01275. OP 22-01460.

[*1]IN THE MATTER OF HUNTLEY POWER, LLC, PETITIONER, 
v
TOWN OF TONAWANDA, RESPONDENT. (PROCEEDING NO. 1.)
IN THE MATTER OF HUNTLEY POWER, LLC, PETITIONER, V TOWN OF TONAWANDA, RESPONDENT. (PROCEEDING NO. 2.)

MEMORANDUM AND ORDER
Motion for leave to appeal to the Court of Appeals denied.